KURT CLENDANIEL v. NEW JERSEY MANUFACTURERS
INSURANCE COMPANY.

July 21, 1982.

Leave to appeal granted, and the matter is summarily re-
manded to the Appellate Division for reconsideration in the light
of L. 1981, c. 533 (enacted January 12, 1982). Jurisdiction is not
retained. (See 184 *N.J.Super.* 331)

REGINA A. MARKMANN v. JOSEPH L. DeSTEFANO, M.D.

August 5, 1982.

Leave to appeal is granted, and the judgment of the Appellate
Division, reported at 185 *N.J.Super.* 411 (1982), is summarily
affirmed.

STATE OF NEW JERSEY v. RUSSELL DIVELY.

August 9, 1982.

Ordered that the Order of this Court denying certification,
entered on May 6, 1982, is hereby vacated, and the petition for
certification of defendant is hereby granted.